UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

GNOMISH HAT, INC.,

        Defendant.

------------------------------------------------------------x

Case No.: 1:22-cv-03946-ALC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Gnomish Hat, Inc.

DATED:  September 28, 2022      **MIZRAHI KROUB LLP**

                                    /s/ Edward Y. Kroub
                                    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*